This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-40940**

**TCNM, LLC d/b/a LUNA COUNTY ABSTRACT AND TITLE,**

Petitioner,

v.

**LORI LINDSAY, ROBERT and ESTHER ST. LOUIS,**

Respondents,

and

**LORI LINDSAY,**

Cross-Claimant/Appellee,

v.

**ROBERT and ESTHER ST. LOUIS,**

Cross-Defendants/Appellants,

and

**LORI LINDSAY,**

Third-Party Plaintiff,

v.

**STOCKMEN'S REALTY, LLC and NANCY BELT,**

Third-Party Defendants.

**APPEAL FROM THE DISTRICT COURT OF LUNA COUNTY**
**Jarod K. Hofacket, District Court Judge**

Lori Lindsay
Deming, NM

Pro Se Appellee

Herman E. Ortiz
Mesilla Park, NM

for Appellants

## MEMORANDUM OPINION

**HENDERSON Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}   IT IS SO ORDERED.**

**SHAMMARA H. HENDERSON, Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**JANE B. YOHALEM, Judge**